

## O'HAGAN MEYER
ATTORNEYS & ADVISORS

Mary Grace Miller<br>
Direct: 804.403.7143<br>
mgmiller@ohaganmeyer.com

February 5, 2020

*Via Electronic Mail*

Julia C. Dudley
Clerk of Court
ATTN: Joyce Jones
United States District Court
Western District of Virginia
255 W. Main Street
Room 304
Charlottesville, Virginia 22902
joycej@vawd.uscourts.gov

Re:   In Re: Non-party Twitter's Motion to Quash Subpoena
      Case No. 3:20-mc-3

Dear Ms. Jones:

Thank you for your time this morning. As discussed, please find attached three exhibits for docketing in the above-captioned matter. These are Exhibits A, E, and F to the Declaration previously filed in this action on February 4, 2020. As discussed, we respectfully request the Court remove public access Exhibits A, E, and F to the Declaration. These items are found at Docket Nos. 2-2, 2-6, and 2-21. The currently filed exhibits include personal identifying information and for that reason, we respectfully request that the Court please docket the enclosed exhibits in their place.

Thank you for your assistance. Please contact me should you have any questions.

Sincerely,

*[signature]*

Mary Grace Miller

Enclosures